IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HELEN H. WOODY,**

      **Plaintiff,**

**v.**                                                     No. CIV-13-0659 SMV/GBW

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS AS A RESULT OF SETTLEMENT

A settlement conference was held in this case on August 8, 2014, and the case settled.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Tuesday, October 7, 2014,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**